UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Darrin Casey Lavine                              CASE NO.  6:14-bk-05170-KSJ

                                                 CHAPTER      7

Lina Olarte Lavine

    Debtor(s)

_____/

### MOTION TO SHOW CAUSE HEARING AS TO WHY EQUITY AUTO FINANCE SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR PAST AND CONTINUING VIOLATIONS OF 11 §§ USC 362

Comes the debtors, Darrin Casey Lavine and Lina Olarte Lavine ("Debtors"), by and through undersigned counsel, pursuant to 11 U.S.C. § 362, and moves this Honorable Court to set a show cause hearing to determine why Equity Auto Finance ("Creditor"), should not be held in contempt of this Court for past violations of 11 U.S.C. § 362 arising from their continued attempts to collect on a debt.

1. Debtors filed their petition on May 3, 2014 and the creditors' meeting was held on June 25, 2014 and concluded on July 23, 2014.

2. Debtors listed Creditor on Schedule D of their Petition with an address of 2712 W Oakland Park Blvd, Ft. Lauderdale, FL. 33311 based on information found in their credit report

3. Creditor holds a lien on Debtors' 2011 Infinity QX56.

4. Creditor did not file a Proof of Claim nor assert any objection or action declaring its debt non-dischargeable or a Motion to Lift the Automatic Stay.

5. Attempts to contact Creditor have been futile with their refusal to speak to Debtors' attorney of record by phone in the above-referenced bankruptcy case.

**WHEREFORE**, Debtors move the Court to issue an Order to show cause why the Creditor and each of them, should not be found in contempt of this Honorable Court for violation of the automatic stay. Upon notice and hearing, the Debtor further seeks the following relief:

A. That Creditor be ordered to return the 2011 Infiniti QX56 to the Debtors;

B. That, upon Defendants' failure to show cause why they should not be found in contempt, the Court award the Debtors damages—actual, punitive damages of $100,000.00 and attorneys' fees—based on the Creditor's said conduct.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Mail this _30th____ day of July, 2014 to Equity Auto Finance 2700 W Cypress Creek Rd, Fort Lauderdale, FL 33309 and by facsimile to 754-222-6011

___/s/ Dean A. Reed_____
Dean A. Reed
Florida Bar No. 0086223
The Law Office of Dean A. Reed, P.A.
2180 W. State Road 434, Suite 2150
Longwood, FL  32779
(407) 937-2230, FAX (407) 937-2231
Attorneys for Debtors